**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7471**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JESUS ALBERTO SARMIENTO,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Williams, Jr., District Judge.
(CR-95-389-AW, CA-01-1860-AW)

———————————

Submitted:  December 10, 2001      Decided:  January 11, 2002

———————————

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Jesus Alberto Sarmiento, Appellant Pro Se.  Barbara Suzanne Skalla,
Assistant United States Attorney, Greenbelt, Maryland, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jesus Alberto Sarmiento appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Sarmiento, Nos. CR-95-389-AW; CA-01-1860-AW (D. Md. July 12, 2001); see also United States v. McAllister, ___ F.3d ___, 2001 WL 1387341 (4th Cir. 2001) (rejecting challenge to constitutionality of 21 U.S.C.A. § 841 (West 1999 & Supp. 2001) in light of Apprendi v. New Jersey, 530 U.S. 466 (2000)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED